UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ELIZABETH DAUGHERTY
Plaintiff

-Against-
JEFFERSON COUNTY, THE JEFFERSON
COUNTY DEPARTMENT OF SOCIAL SERVICES,
LAURA CEROW, AS COMMISSIONER OF THE
JEFFERSON COUNTY DEPARTMENT OF SOCIAL
SERVICES and VALERIE M. BORLAND, AS
DIRECTOR OF THE JEFFERSON COUNTY
DEPARTMENT OF HUMAN RESOURCES.
Defendants

STIPULATION OF DISCONTINUANCE

INDEX NO.:
7:13-CV-491 (FJS/ATB)

## STIPULATION

**NOW COMES** Plaintiff, **ELIZABETH DAUGHERTY,** by and through her attorney, and Defendants, **JEFFERSON COUNTY, THE JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, LAURA CEROW, AS COMMISSIONER OF THE JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES and VALERIE M. BORLAND, AS DIRECTOR OF THE JEFFERSON COUNTY DEPARTMENT OF HUMAN RESOURCES,** by and through its attorney, and as all matters in dispute between the parties to the above captioned cause having been satisfactorily compromised and settled:

**IT IS STIPULATED AND AGREED** by and between the parties, that the cause be dismissed, with prejudice, with each party to bear its own costs and expenses;

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, that an Order pursuant to the forgoing may be entered of record without further notice to either party, on presentation of this Stipulation for Discontinuance; and

That no party hereto is an infant or incompetent; and

The parties request that the Court enter an Order of Dismissal, dismissing the Complaint of the Plaintiff, with prejudice.

Dated: January 4, 2016

*[signature: Robert Peter Bogdan]*

**ROBERT PETER BOGDAN, Esq.**
Attorney for the Plaintiff
Bar Registration No.: 506656
214 General Smith Drive
P.O. Box 286
Sackets Harbor, New York 13685
(716) 380-4673
Fax: (315) 646-8589
E-Mail: RPBogdanLaw@aol.com

*[signature: Paul V. Mullin]*

**PAUL V. MULLIN, Esq.**
Attorney for the Defendants
Sugarman Law Firm
211 West Jefferson Street
Syracuse, New York 13202
(315) 474-2943
Fax: (315) 474-0235
E-Mail: pmullin@sugarmanlaw.com


IT IS SO ORDERED:

*[signature: F.J. Scullin]*

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: January 8, 2016
       Syracuse, NY